ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

UNITED STATES OF AMERICA,

                Plaintiff,

Case No.: 94 MJ 01472 (MRG)

**ORDER OF DISMISSAL**

-against-

Jon E. Engle

                Defendant.
------------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated:   20   day of November, 2020
Poughkeepsie, New York